# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# JACKSONVILLE DIVISION

| | |
|---|---|
| United States of America, | ) |
| | ) |
| *Plaintiff*, | ) |
| | ) |
| Jacksonville Brotherhood of Firefighters, | ) |
| Jacksonville Branch of NAACP, et al. | ) |
| | ) |
| *Plaintiff Intervenors,* | ) |
| | ) |
| v. | ) Case No. 3:12-cv-00451-J-32MCR |
| | ) |
| Consolidated City of Jacksonville, | ) |
| Jacksonville Association of Firefighters, | ) |
| Local 122, IAFF, | ) |
| | ) |
| _____*Defendants.* | ) |
| | ) |
| Rufus Smith, et al. | ) |
| | ) |
| *Plainitffs*, | ) |
| | ) |
| v. | ) Case No. 3:11-cv-345-J-32MCR |
| | ) |
| Consolidated City of Jacksonville, | ) |
| Jacksonville Association of Firefighters, | ) |
| Local 122, IAFF, | ) |
| | ) |
| _____*Defendants.* | ) |

**SMITH PLAINTIFF'S NOTICE OF SERVICE OF EXPERT REPORT**

Smith Plaintiff's provide notice of service of their Expert Report via e-mail and regular U.S. mail upon the Defendant and all other parties this 9th day of October, 2013.

Respectfully submitted,

*/s/ Dennis R. Thompson*
Dennis R. Thompson
Ohio Reg. # 0030098
tmpsnlaw@sbcglobal.net
Christy B. Bishop
Ohio Reg. # 0076100
bishopchristy@gmail.com
Thompson & Bishop Law Offices
946 Kenmore Boulevard
Village of Kenmore
Akron, Ohio 44314
330-753-6874
330-753-7082 (facsimile)


*/s/ Neil Henrichsen*
Neil Henrichsen
Florida Reg. # 0111503
Henrichsen & Seigel
1648 Osceola Street
Jacksonville, FL 32204
904-381-8183
Fax: 904-381-8191
www.hslawyers.com

ATTORNEYS FOR PLAINTIFFS


**CERTIFICATE OF SERVICE**

A copy of the foregoing was sent to all counsel of record via ecf electronic notification this 9th day of October, 2013.

*/s/ Dennis R. Thompson*
Dennis R. Thompson