# EXHIBIT A

## OFFICE OF GENERAL COUNSEL
## CITY OF JACKSONVILLE

**CINDY A. LAQUIDARA*** 
GENERAL COUNSEL

ASHLEY B. BENSON
JODY L. BROOKS
WILLIAM B. BURKETT
WENDY E. BYNDLOSS
DAVID J. D'AGATA
WILLIAM W. DEEM
STEPHEN M. DURDEN
CRAIG D. FEISER
LOREE L. FRENCH
JASON R. GABRIEL
CHRISTOPHER GARRETT
SEAN B. GRANAT
SUSAN C. GRANDIN
KATY A. HARRIS
LAWSIKIA J. HODGES
J. TIMOTHY HORKAN

CITY HALL, ST. JAMES BUILDING
117 WEST DUVAL STREET, SUITE 480
JACKSONVILLE, FLORIDA 32202

**DERREL Q. CHATMON**
CHIEF DEPUTY GENERAL COUNSEL

PAIGE HOBBS JOHNSTON
RITA M. MAIRS.
JAMES R. MCCAIN, JR.
WENDY L. MUMMAW
KELLY H. PAPA
GAYLE PETRIE
JON R. PHILLIPS
STEPHEN J. POWELL
JOHN C. SAWYER, JR.
CHERRY A. SHAW
MARGARET M. SIDMAN
SANDRA P. STOCKWELL
JASON R. TEAL
ADINA TEODORESCU
MICHAEL B. WEDNER
GABY YOUNG

*BOARD CERTIFIED CITY, COUNTY
AND LOCAL GOVERNMENT LAW

March 10, 2014

Jay D. Adelstein, Esq.
Trial Attorney
U.S. Department of Justice
Civil Rights Division
Employment Litigation Section
601 D Street N.W., Room 4026
Washington, D.C. 20579.

Re.:   *United States v. City of Jacksonville, et al.*, 3:12-cv-451-J-32MCR

Dear Mr. Adelstein:

The City of Jacksonville (the "City") provides the following answers in response to your letter dated March 6, 2014:

- For requests 1-4: Reliability was evaluated by examining all 512 employees who took two tests. The identity of the employees can be ascertained from the dataset already provided.

- For requests 5-8: All employee identification numbers are easily determined by identifying the blank cells of the 11 covariates, 2 demographic variables, and 4 dependent variables in the dataset already provided. This is a simple mechanical process.

We appreciate your professional courtesy in this matter, and hope that these responses are of assistance. Please let us know if you have additional questions.

Sincerely,

Cindy A. Laquidara
General Counsel

---

Office Telephone
(904) 630-1700

Writer's Direct Line
(904) 630-1728

Facsimile
(904) 630-1316

Writer's E-Mail Address
CindyL@coj.net

Office Web Site
GeneralCounsel.coj.com

March 10, 2014
Page 2

cc.:   Hector F. Ruiz, Jr., Esq.
       Brian McEntire, Esq.
       Kirsten Doolittle, Esq.
       Ray McClain, Esq.
       Dennis R. Thompson, Esq.
       Christy Bishop, Esq.
       Bruce Elfvin, Esq.
       Paul Donnelly, Esq.
       Chris Deem, Esq.
       Jung Yoon, Esq.