# EXHIBIT B



**U.S. Department of Justice**

Civil Rights Division

SAT:JDA:HFR:ssj
DJ 170-17M-393

Employment Litigation Section
U.S. Mail: 950 Pennsylvania Ave, NW
Patrick Henry Building
Washington DC 20530
Overnight: 601 D Street N.W. Room 4026
Washington, DC 20579
Telephone (202)514-3749 Fax: (202)514-1005
Email: jay.d.adelstein@usdoj.gov

By First Class Mail and Email

March 11, 2014

Cindy A. Laquidara, Esq.
General Counsel
City of Jacksonville Office of General Counsel
117 West Duval Street, Suite 480
Jacksonville, FL 32202

Re: United States v. Consolidated City of Jacksonville, et al.,
Civil Action 3:12-cv-00451-T-JC-MCR (M.D. Fla)

Dear Counsel:

I appreciate you prompt response to my questions about the number of observations relied up by Dr. Palmer Morrel-Samuels in his report.

Unfortunately, because you did not supply the EID numbers as requested, we have not been able to replicate all of Dr. Morrel-Samuels' numbers that we referenced in our letter dated March 6, 2014. We have identified 512 employees who are listed exactly twice in the data base. However, of those 512 firefighters, only 449 actually took two tests; the others are listed twice but are missing either a final score or a raw score or both. We need to know whether Dr. Morrel-Samuels used all 512 individuals who registered twice or only those who had two final scores, or two raw scores, or some other combination. Providing the EID numbers of those used in his reliability analysis for raw scores and final scores in machine readable format would be the most expeditious manner of resolving this question.

With regard to the 734 employees, after eliminating the blank "missing" cells as described in your letter, we could only identify 721 employees. Again, providing the EID numbers of those used in this analysis in machine readable format would be the most expeditious manner of resolving this question.

Thank you for giving this your prompt attention.

Sincerely,

Jay Adelstein
Trial Attorney
Employment Litigation Section

Copies sent by email to:

    Kirsten Doolittle, Esq.
    Ray McClain Esq.
    Dennis R. Thompson, Esq.
    Paul Donnelly, Esq.
    Bruce Elfvin, Esq.