# EXHIBIT D

S T I P U L A T I O N

It was stipulated and agreed by and between the respective parties, and the witness, that the reading and signing of the deposition be waived.

— — —

**DR. PALMER MORREL-SAMUELS,**

having been produced and first duly sworn as a witness, testified as follows:

**THE WITNESS:** I do.

DIRECT EXAMINATION

**BY MR. ADELSTEIN:**

Q Good morning.

A Good morning.

Q I think you know the cast of players here. The new faces at the table to my right is Hector Ruiz with the US Department of Justice, and Ray McClain with the lawyers committee represents some of the private plaintiffs and institutional plaintiffs.

Mr. Morrel-Samuels, tell me how you're feeling today.

A Not too bad. Thanks for asking.

Q Next question is, is there any medication or anything that may affect the truthfulness of your testimony today?

A Not at all.

else on the line?

(Brief interruption)

**BY MR. ADELSTEIN:**

Q    And in your deposition last week I referred you to Page 5 of your report.

A    If you'll just give me a moment.

Q    That's all right.  Go ahead.

A    Yes, thanks for giving me time to review that.

Q    That's fine.  Are you willing to make that information available to the plaintiffs?

We requested the EID numbers of those used in the reliability analysis, for the raw scores and final scores, and requested that information in machine readable format.

A    I am absolutely willing to provide that. And the reason that I was somewhat surprised by your request was that this is all information that's fully available to you using the dataset that you already have.  So it's merely a question of whether I do the legwork or someone from your team does the legwork, but it's all available information.

Q    And then in the first paragraph of the letter, it points out that we tried to replicate this data but we could only identify 449 unique individuals

1 who actually took two tests.

2 Have you attempted to verify that?

3 A What I did was I just took the 512 employees
4 who were listed as having taken the test twice. Some
5 of those rows and some of those cells were blank
6 cells, you're correct, and there's no ambiguity about
7 that. The analysis of test-retest reliability simply
8 looked at cells that were not void. And so the report
9 on Page 11 -- and I apologize for not making this
10 clearer in the report itself. I did mention --

11 Q That's all right. Let me just go ahead and
12 refer to this.

13 A I apologize for not making this clearer on
14 Page 11, but the approach is very straightforward.
15 You simply ask the statistics program to look at the
16 correlations between all available data points.

17 Q Okay. And let me -- I'm going to try to
18 keep responses short and only to the question.

19 A I'll do my best.

20 Q So the 512 did not have information in all
21 the fields?

22 A That's correct.

23 Q And you -- so from that 512, you used only
24 those who had score -- who had taken the test twice
25 and had scores recorded?

```
 1    A    What's -- just a small correction, but it's
 2   an important one.  It's not a case where I selected
 3   and I used.  It was just simply a statistical
 4   procedure that looked at all places where there was
 5   information.  So there's no case of where I selected
 6   or deselected employees for the analysis.
 7    Q    What is the score --
 8    A    Will you please let me finish.  I merely
 9   asked for the correlation so that I could see the
10   extent to which there was some stability, some
11   replicability in the answers themselves.  Of course,
12   in any large data we will lose some data points.
13    Q    What if the score is recorded as zero?
14         MS. LAQUIDARA:  Objection to improper
15   hypothetical.
16    A    I'm not -- I'm not sure without looking at
17   the database how many employees there would be who
18   would be listed as zero.  But I do know for example --
19   and thank you for putting Exhibit 10 in front of me.
20    Q    10, uh-huh.
21    A    That there were cases where some raw scores
22   were listed as zero in the database, in part because I
23   think that was the way No Shows were documented.
24    Q    So were they included in the analysis?
25    A    The analysis of test-retest reliability
```

1  simply looked at all of the data that was available
2  for people who took the test twice.
3      Q   And you are not sure how the individuals
4  that had a zero score whether they were used or not?
5      A   I'd have to look at the analysis in more
6  detail. The conventional approach on a simple matter
7  like this, particularly when the reliability is as
8  high as it is here, .8, the approach is really pretty
9  straightforward.
10           We expect to lose some data points, we
11 expect even some cases where there are going to be
12 unusual readings like a zero, but in the big scheme of
13 things with about 500 data points, the overall
14 intention of the statistical test is still very clear,
15 which is the following.
16      Q   Okay. It was a simple question and I don't
17 need an explanation of the analysis itself, but simply
18 whether or not you knew how you treated individuals
19 who had a zero score. And your response and correct
20 me if I'm wrong, is you would have to look at the
21 database?
22      **MS. LAQUIDARA:** I think he needs to complete
23 his response, because I do think that he was
24 explaining that answer.
25      A   You've actually asked a pretty complex

1  question.

2     Q     Sir, I asked you how you treated the zero,

3  and I need a short response.

4     **MR. DONNELLY:** Objection. Counsel is

5  testifying.

6     A     And I will, as I told you off the record,

7  I'll do my best to cooperate with you fully.

8     Q     Certainly.

9     A     Entirely. But you've actually asked a

10  pretty complex question.

11     Q     Whether you used the zero?

12     A     Please let me finish my --

13     Q     Go ahead, sir.

14     A     Please, let me finish my response. You've

15  actually asked a pretty complex question. I know on

16  the face of it, it seems very simple. It's all

17  summarized on to one page, okay, and I know that it

18  seems like a very simple question on the face of it.

19     One response is that you've asked me this

20  already and I've responded already.

21     Q     Okay, that's fine. We'll let your response

22  stand for itself.

23     A     Please, Mr. Adelstein, please allow me to

24  finish. Please allow me to finish.

25     Q     Go ahead, sir.

1  A   So one response to your question is that
2  you've already asked this and I've already responded
3  that all the nonvoid cells were simply correlated,
4  okay. And what it does is a very important and very
5  informative thing, which is the following. It looks
6  at the extent to which there's replicability in the
7  dataset when people are listed as having taken more
8  than one test. And we do expect to see some
9  replicability. It's, of course, a measure of
10 reliability that's specifically mentioned in the
11 uniform guidelines as one of the ways that we evaluate
12 the effectiveness and informativeness of the test.
13         So it's a very straightforward issue. It
14 looks at all the nonvoid cells. Are there zeros in
15 those cells? There are some.
16         Your Exhibit 10, by chance, shows a large
17 number of zeros, two on the first page, relatively
18 speaking out of 30 cases, but actually, if I recall,
19 the number of zero points is actually pretty small in
20 the full dataset.
21  Q    Thank you. In looking at the analysis on
22 Page 11. The J1 includes adjusted test scores. Did
23 you include people who had test scores but did not
24 pass the test?
25  A    The adjusted test scores, if I recall,

```
 1  actually only include people who had a raw score of 70
 2  or above, because if they had a raw score below 70,
 3  the adjustment for seniority and veteran's experience
 4  was not made.  So again --
 5       Q    The Y2 series is raw test scores, did you
 6  include people who scored below 70?
 7       A    Yes.
 8       Q    For that?
 9       A    That would be included.
10       Q    So the number of observations for the J1 and
11  J2 would be different; is that correct?
12       A    That's correct, exactly right.
13       Q    Thank you.
14            And would I be correct that there would be
15  people who took different tests, such as could be the
16  engineer test and district chief test, if it's a
17  single individual?
18       A    Exactly right.
19       Q    Thank you.
20       A    Please let me finish.  And there are also
21  people who took the same test -- excuse me, they took
22  a test for the same position in a different year, and
23  it would be actually a different test.
24            So as it says on Page 11, although the tests
25  and testing conditions varied substantially between
```