# EXHIBIT E

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,

vs.                Case No.:  3:12-cv-00451-J-32MCR

Jacksonville Brotherhood of Firefighters,
Jacksonville Branch of NAACP, et al.,

        Plaintiff Intervenors,

Consolidated City of Jacksonville,
Jacksonville Association of Firefighters,
Local 122, IAFF,

        Defendants.

_____

**DEPOSITION OF**

**DR. PALMER MORREL-SAMUELS,**

Taken on behalf of the United States
and Plaintiff Intervenors

| | |
|---|---|
| DATE TAKEN: | Tuesday, March 4, 2014 |
| TIME: | 9:05 a.m. - 5:25 p.m. |
| PLACE: | Office of the US Attorney<br>Middle District of Florida<br>300 N. Hogan Street, Suite 700<br>Jacksonville, Florida  32202 |
| REPORTED BY: | Cindy Packevicz, RPR, FCRR. |

| 1 | I think we're really pressing up against the |
|---|---|
| 2 | time. I try very hard not to make the marshals |
| 3 | upset with me, because they want to go home. |
| 4 | **MR. DONNELLY:** I think it has to do with |
| 5 | federal funding. |
| 6 | **BY MR. ADELSTEIN** |
| 7 | Q Okay. Well, then let's try to spend 10 |
| 8 | minutes or so -- |
| 9 | A We can get through these last two. |
| 10 | Q I know, sir, this is not even -- this is the |
| 11 | predicate for my other questions. |
| 12 | A Good. I'll look forward to them. |
| 13 | Q I haven't even gotten to the other |
| 14 | questions. So I want to then see if we can quickly |
| 15 | get to the other questions, to the extent that you can |
| 16 | answer them briefly, succinctly, great. If not, then |
| 17 | we're going to have to handle it the next time. |
| 18 | And I'm going to shift the analysis -- all I |
| 19 | am trying to do now is figure out the size of the N. |
| 20 | If I can do that, sir, if we're looking on Page 11, it |
| 21 | is my understanding that when you're looking at the |
| 22 | test-retest reliability coefficient, you looked at |
| 23 | 512. |
| 24 | A You're on page which? I'm sorry, page what? |
| 25 | Q Page 11. 512. And I get that number 512 |

285

```
1   from Page 8.
2        A    Uh-huh.
3        Q    512 firefighters who took more than one
4   test.
5        A    Yes.
6        Q    Okay.  Is the -- does that mean the N used
7   on your Cronbach alpha analysis here is the N512?
8        A    And where do you see 512?
9        Q    I don't.  I don't.  You have an analysis
10  here with various correlations, but I have no idea how
11  large your universe is, your database.
12       A    Where did you get 512?  That was from?
13       Q    I got 512 from Page 8.
14       A    Those Ns will be different for each
15  analysis.
16       Q    How would I compute the Ns for these?
17       A    These were very easy to compute.  I'm sorry
18  that I didn't list it on there.  I probably should
19  have.  But I didn't anticipate that somebody would be
20  asking so many focused questions on such a minor
21  detail.
22       Q    So it's just not in this report?  I need to
23  move to --
24       A    Let me finish.  This was the universe of
25  everybody who took more than one test so that I have
```

Certified Court Reporters, Inc.
(904) 356-4468

1   Test Score 1 and Test Score 2. Dropping off people
2   who did not take a second test, dropping off people
3   who took, I think, if I recall the way that was done,
4   dropping off people who took three tests. It might be
5   that I also made a temporary database, I can't recall,
6   I must say, that looked at the relationship between
7   Test Number 1 and Test Number 2, and Test Number 2 and
8   Test Number 3, actually, it seems to me that's the way
9   I did it.

10       Q    I need to replicate this analysis, and I
11  don't know the Ns.

12       A    It's a full dataset.

13       Q    The full dataset of what, the 512?

14       A    No. It's the full dataset of everybody who
15  took more than one test. So I did not exclude
16  anybody. I didn't drop anybody. If I had data, it
17  went into this analysis. And what it shows is a very
18  interesting and important thing.

19       Q    I don't need that, sir, for purposes of the
20  time. But this is not everyone who took the tests for
21  the Y1 series, is that correct? This is only those
22  who passed the test?

23       A    For the Y1 series?

24       Q    Right. You've adjusted test scores. You do
25  not have adjusted test scores for those people who did

1  not pass the test; is that correct?  Yes or no?

2      A     I'm just doing my best to answer this in a

3  way that will allow me to give you an accurate and

4  informative answer.  I look at raw test scores, at

5  Time 1 and Time 2, and I also looked at adjusted test

6  scores at Time 1 and Time 2.  I looked at both.

7      Q     For Y1 and -- for Y1, you did not look at

8  people who did not pass the test; is that correct?

9      A     I looked at both the raw score and the

10  adjusted score.  If the test allowed me -- you

11  continue to ask very complex questions, so the clock

12  or not, you've asked a question that's an important

13  one, which is the following:  If the tests are good,

14  then I expect there to be a degree of replicability,

15  there should be some stability there.  That's what

16  this analysis shows.

17      Q     Let me ask, did you look at the people --

18      A     Please let me finish.

19      Q     -- who failed the test?

20      A     Please let me finish.  You are asking me a

21  question, and you're not letting me finish.

22      Q     Sir, I don't care about the conclusions.  I

23  care about the size of your N.  All I'm trying to find

24  out is did you limit this to only people who passed

25  the test, or did you also look at the people who

1    failed the test in conducting that Cronbach alpha?

2    That only is a yes or no.

3        A    I have to tell you that with all the

4    analyses that I've run over hours and hours and hours,

5    that I don't recall exactly. I do know this, however,

6    that I took all of the available information that I

7    had, and I looked at the relationship between the

8    first test and the second test, and I looked at the

9    raw score and I looked at the adjusted score.

10        If the test is stable and replicable,

11   measuring something that matters, there should be a

12   degree of consistency. That's exactly what I found.

13   The correlation between the first test and second test

14   on average is about .79. And when you round it, it's

15   about .80. To get an assessment into a

16   peer-reviewed journal --

17        Q    Sir, I don't -- I'm not concerned about

18   that. I need to ask you some questions. So you don't

19   know whether or not you considered failing test

20   scores?

21        Can we move to Page 19, please. See if we

22   can handle this relatively quickly.

23        A    I should say that I'm not positive how this

24   analysis was run. I am sure about one thing,

25   Mr. Adelstein. I am sure about one thing, and that is

1   that I ran it in the best, most objective way that I
2   could run it.

3       Q    Is that reflected in your report?

4       A    Yes, it is, in the text on Page 11.  When we
5   talk about the fact that adjusted scores --

6       Q    But I cannot replicate that without
7   knowing --

8       A    You could very easily, and I'd be glad to do
9   that with you, if you'd like to sit down and we can
10   run that through.  You'll find that the way that I did
11   that was absolutely objective, designed to find out
12   whether the test had good reliability or not.  The
13   evidence shows that it's so good, it could be
14   published in a peer-reviewed journal, and this would
15   meet and surpass the standard --

16       Q    But you don't know if it includes only
17   passing scores or all test scores?

18              **MS. LAQUIDARA:**  Objection.

19              **MR. ADELSTEIN:**  Asked and answered.

20   **BY MR. ADELSTEIN:**

21       Q    Can we move to Page 16.

22              **MR. DONNELLY:**  Excuse me.  I know it's late.
23   We've been working really hard.  But I do need to
24   make sure I hear an answer from the witness, and
25   I think the court reporter will appreciate that

1          as well.

2          A     If you'll give me a moment to read the text,

3     this will help me, okay.

4          Q     Help you in formulating the answer?

5          A     That's correct.

6          Q     Okay.

7          A     It's often the case that I put the answer

8     right in the write-up, and so that's what I'm doing.

9          Q     Sir, read the text, please.

10         A     That's what I'm doing.

11               Okay.  I have an answer for you, and I think

12    you'll be glad to hear it.

13         Q     Go ahead, sir.

14         A     It's very straightforward and very simple

15    and it's written up in the text on Page 11.  Forgive

16    me for not having read that first.  It would have

17    clarified a lot and made this much more

18    straightforward.

19               What I did was the following:  I took the

20    raw scores, and that would have been the raw scores

21    for everyone in the database.  And I looked at raw

22    scores and adjusted scores.

23               Now, what I correlated was raw scores and

24    adjusted scores at Time 1 and Time 2.  In looking at

25    all of those correlations across the whole dataset,

1   what I find is very good consistency. It doesn't
2   matter which one you're measuring. It doesn't matter
3   what time you're measuring. The answers are all very
4   consistent. And as you know from your background in
5   this area, reliability is just replicability.

6       Q   Sir, I'm only asking about the size of the
7   N.  So is the size of the N from the Y1 series test
8   the same size of the N for the Y2?

9       A   I apologize for leaving that detail out of
10  the report. I'd be glad to look that up for you and
11  tell you the answer at a subsequent time.

12      Q   Can we quickly turn to Page 16.

13          MS. LAQUIDARA:  It's after 5:20, and we're
14      not going to get --

15          MR. ADELSTEIN:  I will take the heat from
16      the US Attorney's Office.

17          MS. LAQUIDARA:  Well, it's not just the
18      heat. But we're going to have another full day
19      of this --

20          MR. ADELSTEIN:  I can't replicate these --
21      okay, then we will go into more than two days.  I
22      can't replicate these studies until I
23      determine --

24          MR. DONNELLY:  Will another minute or two
25      avoid the third day?

1      **MR. ADELSTEIN:** Honestly, I strongly doubt

2      it, but if he can give a short and succinct

3      answer, we can try. And it may be that he can

4      supply the answer.

5      **MR. DONNELLY:** You doubt it, let's just, you

6      know, deal with that.

7  **BY MR. ADELSTEIN:**

8      Q    Okay. I'm just trying to find out -- and I

9   only have two series of questions. On your analyses

10  on Page 16, 19, and 22, your observation size is 617.

11      I'm just trying to replicate that

12  observation size. Am I correct that this is only

13  those variables in which you had full data?

14      So, for example, for education, when it is

15  blank in AH, you did not use that data, so the

16  observation size was reduced?

17      **MS. LAQUIDARA:** I'm going to object to the

18      form of the question.

19      A    Seems like you're asking me several things

20  all at once.

21      Q    I need to determine the size of the N.  617

22  or 617 in that series, and then 734 on Page 20 --

23      **MS. LAQUIDARA:** Mr. Adelstein, certainly in

24      the -- with the goal of saving another day or

25      something, feel free to call me and formally ask

Certified Court Reporters, Inc.
(904) 356-4468

1  me if there are questions you can pose, even on

2  the phone or whatever, to address, so that you

3  can take your next step.  I do think right now

4  we're beyond productivity --

5  **MR. ADELSTEIN:**  Okay.  I'm going to leave

6  that open.  That's all I'm trying to figure out.

7  Who's in the 617?  You started out with 2106 rows

8  for 1139 employees, and you have, I think,

9  dropped that to these size Ns, and I'm trying to

10  figure out who was dropped and why.

11  **MS. LAQUIDARA:**  We'll take a look and you

12  can rephrase that or whatever we need -- and

13  we'll drop this --

14  **THE WITNESS:**  I would be glad to go in great

15  detail.

16  **MR. ADELSTEIN:**  And, Cindy, I will try -- I

17  don't know if tomorrow is going to be the time,

18  but I will try to do that within the next 48

19  hours, to the extent we can do that.  That would

20  make the next day much shorter, because we are

21  done with the database itself.  Then we can go to

22  the conclusions that he has reached.

23  **MS. LAQUIDARA:**  Yes.  So we'll do our best

24  to accommodate, and I'm not certain we can, but I

25  would hope that we could, to move it all along

1          for all of us.

2                        --   --   --

3          (The taking of the deposition was concluded at

4     5:25 p.m.)

5

6                    CERTIFICATE OF OATH

7     STATE OF FLORIDA )
      COUNTY OF DUVAL  )

8

9          I, the undersigned authority, certify that Dr.

10    Palmer Morrel-Samuels personally appeared before me

11    and was duly sworn.

12

13         WITNESS my hand and official seal this _____

14    day of March 2014.

15

16

17                              _____

18

19

20

21                                 Personally Known _____

22                         OR Produced Identification _____

23                    Type of Identification Produced _____

24

25