# EXHIBIT F



**U.S. Department of Justice**

Civil Rights Division

DLK:SAT:JDA:HFR:ssj
DJ 170-17M-393

Employment Litigation Section
U.S. Mail: 950 Pennsylvania Ave, NW
Patrick Henry Building
Washington DC 20530
Overnight: 601 D Street N.W. Room 4026
Washington, DC 20579
Telephone (202)514-3749  Fax: (202)514-1005
Email: jay.d.adelstein@usdoj.gov

By First Class Mail and Email

March 6, 2014

Cindy A. Laquidara, Esquire
General Counsel
City of Jacksonville Office of General Counsel
117 West Duval Street, Suite 480
Jacksonville, FL 32202

Re: United States v. Consolidated City of Jacksonville, et al.,
Civil Action 3:12-cv-00451-T-JC-MCR (M.D. Fla)

Dear Counsel:

Towards the end of the first day of the deposition of Dr. Palmer Morrel-Samuels, I attempted to ascertain from Dr. Morrel-Samuels which employees were included in the number of observations for his analyses relating to test-retest, adjusted scores, raw scores, rank scores, and pass-fail (deposition transcript, pp. 271-279). When it became clear that Dr. Morrel-Samuels could not respond to the questions in the time we had left, you offered that I give you the questions in writing and that you would have Dr. Morrel-Samuels respond to them in writing. This is in response to your offer.

We have established that Dr. Palmer Morrel-Samuels created a database from which he conducted his analyses (COJ TEST RESULTS & PAYROLL DATA 33.xlsx), an excerpt of which was introduced as Exhibit 10 in his deposition. That database contains 2106 rows of 1139 employees.

From that database, we request that Dr. Morrel-Samuels identify by employee identification number the individuals that make up the number of observations for each of the following analyses:

1. Y1-Adjusted Test Score 1 calculation appearing on page 11 of the report;

2. Y1-Adjusted Test Score 2 calculations appearing on page 11 of the report;

3. Y2-RawTestScore1 calculations appearing on page 11 of the report;

4. Y2-Raw Test Score 2 calculations appearing on page 11 of the report;

5. 617 observations (or Sum Wgts) appearing on page 16 of the report;

6. 617 observations (or Sum Wgts) appearing on page 19 of the report;

7. 617 observations (or Sum Wgts) appearing on page 22 of the report; and

8. 734 observations (or Sum Wgts) appearing on page 26 of the report.

I want to emphasize that I am not asking nor would it be appropriate for Dr. Morrel-Samuels to conduct any further analyses or supplement his report. Rather, I would like Dr. Morrel-Samuels to identify by employee identification number the individuals used in his analyses. Please provide the responses in machine readable format identified by question number. I hope that his responses will expedite the deposition scheduled to recommence on March 14.

Thank you for giving this your prompt attention.

                          Sincerely,

                          Delora L. Kennebrew
                          Chief
                          Employment Litigation Section

By:

                          Jay Adelstein
                          Trial Attorney
                          Employment Litigation Section

Copies sent by email to:

    Kirsten Doolittle, Esquire
    Ray McClain, Esquire
    Dennis R. Thompson, Esquire
    Paul Donnelly, Esquire
    Bruce Elfvin, Esquire