UNITED STATES OF AMERICA, et al.,

      Plaintiffs,

vs.                                        Case No. 3:12-cv-451-J-32MCR

CONSOLIDATED CITY OF JACKSONVILLE, et al.,

      Defendants.
_____

EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION,

      Plaintiff,

vs.                                          Case No. 3:12-cv-491-J-32MCR

JACKSONVILLE ASSOCIATION OF
FIREFIGHTERS, LOCAL 122, INTERNATIONAL
ASSOCIATION OF FIREFIGHTERS,

      Defendant.
_____

**HONORABLE TIMOTHY J. CORRIGAN, United States District Judge**
Courtroom Deputy: Marielena Diaz
Court Reporter:  Shannon Bishop

| Counsel for plaintiff's side | Counsel for defendant's side |
|---|---|
| for the United States: | for the City of Jacksonville: |
|    Jay Adelstein |    Cindy Laquidara |
|    Hector Ruiz |    Adina Teodorescu |
|    Brian McEntire | |
| | |
| for the intervenor plaintiffs NAACP/JBOF: | for the Union: |
|    Ray McClain |    Paul Donnelly |
|    Kirsten Doolittle |    James Sullivan |
| | |
| for the intervenor Smith plaintiffs: | for the EEOC: |
|    Christy Bishop |    Kristen Foslid |
|    Bruce Elfvin |    Daniel Seltzer |

_____

**CLERK'S MINUTES**

PROCEEDINGS:    Summary Judgment and Daubert hearing and case status conference

Plaintiffs' Witnesses:  Bernard Siskin, Kyle Edward Brink, James Thomas McClave,
                        David Paul Jones

- Argument by counsel in 3:12-cv-451-J-32MCR.

- Argument by counsel re: EEOC's Motion to Partially Lift Stay (Doc. 46) in
  3:12-cv-491-J-32MCR.

- **ORDER TO ENTER**.

_____

DATE:  May 13, 2015                    TIME:  9:33 a.m.- 5:22 p.m.
                                               (Recess 12:33 p.m. - 1:42 p.m.)