# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# JACKSONVILLE DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,

vs.                                       Case No. 3:12-cv-451-J-32MCR

CONSOLIDATED CITY OF JACKSONVILLE,
JACKSONVILLE ASSOCIATION OF
FIREFIGHTERS, LOCAL 122, IAFF,

        Defendants.

---

## **(SECOND & THIRD PHASE) CASE MANAGEMENT AND SCHEDULING ORDER**

Upon consideration of the parties' proposed schedules (Docs. 192 & 193) and discussion at the May 13, 2015 hearing, and in light of how long Phase One took and what the next phases of this litigation entail, the Court has determined that the best way to move forward is to combine discovery as to Phases Two and Three.

Accordingly, the following deadlines shall now govern these proceedings:

| | |
|---|---|
| Discovery on Phase Two and Three | **Begins Immediately** |
| City and Union produce expert report(s) in support of position that the City's use of each of ten challenged examinations is job-related and consistent with business necessity | **by September 1, 2015** |
| Depositions of City's and Union's experts | **by October 5, 2015** |

| | |
|---|---|
| U.S. and other plaintiffs produce expert report(s) that address (1) City's and Union's evidence regarding job relatedness and business necessity and (2) whether alternative employment practices would serve City's legitimate needs and have less disparate impact than challenged practices | **by December 15, 2015** |
| Proposals re: dispositive/<u>Daubert</u> motion practice/trial | **by February 1, 2016** |
| Depositions of plaintiffs' experts | **by February 1, 2016** |
| City and Union produce rebuttal expert report(s) | **by March 15, 2016** |
| Deposition of City's and Union's experts on rebuttal reports | **by April 15, 2016** |
| U.S. and other plaintiffs produce rebuttal expert report(s) on issue of alternative practices, if needed | **by May 13, 2016** |
| Depositions of plaintiffs' experts on rebuttal reports | **by June 15, 2016** |
| Close of all discovery | **ends June 24, 2016** |

1. With respect to discovery, the parties shall be governed by the Federal Rules of Civil Procedure, the Local Rules, the Middle District of Florida Discovery Guidelines, and the special conditions provided by the July 29, 2013 First Phase Case Management and Scheduling Order (Doc. 61).

2. The Court is not inclined to continue these deadlines and the parties should not request extensions absent truly extenuating circumstances.

3. The parties shall confer and file proposals (or a joint proposal if they can agree) no later than **February 1, 2016** explaining what motion practice they anticipate being necessary, when briefs should be filed, and how many pages are needed. The parties should also consider whether, instead of engaging in dispositive and <u>Daubert</u> motion practice, the parties' interests would be better served by having the case promptly set for a

non-jury trial. To the extent the Union still maintains that it is entitled to a jury trial, it should provide legal authority in support and the parties' submission should suggest how that might be managed consistent with the Court's handling of the rest of the case.

4. The parties are encouraged to continue their on-going settlement discussions with the Honorable Harvey E. Schlesinger, Senior United States District Judge.

**DONE AND ORDERED** at Jacksonville, Florida, this  9th  day of June, 2015.

TIMOTHY J. CORRIGAN
United States District Judge

s.
copies to:

Honorable Harvey E. Schlesinger
Senior United States District Judge

counsel of record