UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | |
|---|---|
| United States of America, <br>     *Plaintiff*, <br><br> Jacksonville Brotherhood of Firefighters, <br> Jacksonville Branch of NAACP, et al., <br>     *Plaintiff Intervenors*, <br><br>     v. <br><br> Consolidated City of Jacksonville, <br> Jacksonville Association of Firefighters, <br> Local 122, JAFF, <br>     *Defendants*. | Case No. 3:12-cv-00451-J-32MCR |

## PLAINTIFF'S MOTION TO STRIKE DESIGNATION AND COMPEL DOCUMENTS

The United States respectfully submits this motion to: 1) strike Defendant Jacksonville Association of Firefighters', Local 122, ("JAFF") designation of Dr. Richard Greenwood as a hybrid fact/expert witness under Federal Rule of Civil Procedure 26(a)(2)(C) given his unavailability to participate in discovery and 2) compel production of all communications between Dr. Greenwood and counsel for the JAFF. This motion is made pursuant to Rule 37 of the Federal Rules of Civil Procedure and Local Rule 3.01. A supporting memorandum of law with exhibits and Local Rule 3.01(g) certification are attached.

For the reasons stated below, Plaintiff requests this Honorable Court grant its Motion to strike Dr. Greenwood's designation and compel the production of communications between Dr.

Greenwood and counsel for JAFF and for all other relief that law and justice require.

                              Respectfully submitted,

                              PLAINTIFF UNITED STATES

*/s/ Jeremy P. Monteiro*
Jeremy P. Monteiro (DC Bar No. 977628)
jeremy.monteiro@usdoj.gov
Jay Adelstein (DC Bar No. 396257)
jay.d.adelstein@usdoj.gov
Hector Ruiz (TX Bar. No. 24029814)
hector.ruiz@usdoj.gov
Brian G. McEntire (VA Bar 48552)
brian.mcentire@usdoj.gov
Senior Trial Attorneys
U.S. Department of Justice
Civil Rights Division
Employment Litigation Section
601 D Street NW, Room 4500
Washington, DC 20004
Telephone: (202) 514-3749
Facsimile: (202) 514-1005

Dated: February 1, 2016

## CERTIFICATE OF CONFERENCE

Pursuant to M.D. Fla. L.R. 3.01(g), I hereby certify that counsel for the United States conferred with counsel for the JAFF on January 12, 2016 and discussed the relief sought by this Motion. The JAFF opposed the relief requested herein.

                              */s/ Jeremy P. Monteiro*
                              Jeremy P. Monteiro

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 1st day of February, 2016, I filed the foregoing with the Clerk of the Court by using the CM/ECF system which will automatically send a notice to all counsel of record.

*/s/ Jeremy P. Monteiro*
Jeremy P. Monteiro