UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                    Case No. 3:12-cv-451-J-32MCR

CONSOLIDATED CITY OF JACKSONVILLE,
JACKSONVILLE ASSOCIATION OF
FIREFIGHTERS, LOCAL 122, IAFF,

    Defendants.
_____/

## N O T I C E

The parties have reached a tentative settlement of this matter and request that this case be removed from the trial calendar. The parties will be working with me next week to finalize the details of the settlement in a written agreement, and I will keep you advised of the process.

                                                           HARVEY E. SCHLESINGER
                                                           UNITED STATES DISTRICT JUDGE

Dated January 13, 2017

Copies to:
Jay David Adelstein, Esq.
Benjamin J. Blustein, Esq.
Kirsten L. Doolittle, Esq.
Adina Teodorescu, Esq.
Jon Robert Phillips, Esq.
Rita Marie Mairs, Esq.
Paul Andrew Donnelly, Esq.
Emily Yandle Rottmann, Esq.
Bruce B. Elfvin, Esq.