UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

UNITED STATES OF AMERICA, et al.,

        Plaintiffs,

vs.                               Case No. 3:12-cv-451-J-32 MCR

CONSOLIDATED CITY OF
JACKSONVILLE, et al.,

        Defendants.
_____

EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION,

        Plaintiff,

vs.                               Case No. 3:12-cv-491-J-32MCR

JACKSONVILLE ASSOCIATION OF
FIRE FIGHTERS, LOCAL 122, INTERNATIONAL
ASSOCIATION OF FIRE FIGHTERS,

        Defendant.
_____/

## **NOTICE OF UNAVAILABILITY**

PLEASE TAKE NOTICE that Paul A. Donnelly, counsel for JACKSONVILLE ASSOCIATION OF FIRE FIGHTERS, LOCAL 122,

INTERNATIONAL ASSOCIATION OF FIRE FIGHTERS, in this action is not available:

November 20 through 22, 2017

Counsel for Defendant requests the Court and opposing counsel to refrain from scheduling any hearings or other matters which would require his attendance during said time periods.

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 16th day of August, 2017, I filed the foregoing with the Clerk of the Court using the CM/ECF system which will automatically send a notice to all counsel of record.

Respectfully submitted,

Donnelly + Gross

s/ Paul A. Donnelly
PAUL A. DONNELLY, Trial Counsel
Respectfully submitted
Florida Bar No. 813613
paul@donnellygross.com
2421 NW 41st Street, Suite A-1
Gainesville, FL 32606
(352) 374-4001 (office)
(352) 374-4046 (facsimile)