UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | |
|---|---|
| **United States of America,** | ) |
| *Plaintiff*, | ) |
| | ) |
| **Jacksonville Brotherhood of Firefighters,** | )   Case No. 3:12-cv-00451-J-32MCR |
| **Jacksonville Branch of NAACP, et al.,** | ) |
| *Plaintiff Intervenors,* | ) |
| | ) |
| v. | ) |
| | ) |
| **Consolidated City of Jacksonville,** | ) |
| **Jacksonville Association of Firefighters,** | ) |
| **Local 122, IAFF,** | ) |
| *Defendants.* | ) |

## MOTION TO WITHDRAW APPEARANCE OF JAY D. ADELSTEIN

Pursuant to Rule 2.03(b) of the Local Rules of the United States District Court for the Middle District of Florida, the undersigned respectfully moves this Court for leave to withdraw the appearance of Jay D. Adelstein as attorney for the Plaintiff United States in the above-captioned actions. As grounds for this motion, movant states that:

1. Effective December 31, 2017, Jay D. Adelstein will not longer be employed with the U.S. Department of Justice, having retired effective that date.

2. The remaining counsel of record at the U.S. Department of Justice will continue to represent the United States.

By:

*/s/ Jay Adelstein*
Jay Adelstein (DC Bar No. 396257)
jay.d.adelstein@usdoj.gov
Hector Ruiz (TX Bar. No. 24029814)
hector.ruiz@usdoj.gov
Brian G. McEntire (VA Bar 48552)
brian.mcentire@usdoj.gov
Jeremy Monteiro (DC Bar No. 977628)
jeremy.monteiro@usdoj.gov
U.S. Department of Justice, Civil Rights Division
Employment Litigation Section
950 Pennsylvania Avenue, NW
Patrick Henry Building, Room 4026
Washington, DC 20530
Telephone: (202) 514-3749
Facsimile: (202) 514-1005

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 18th day of December, 2017, I filed the foregoing with the Clerk of the Court by using the CM/ECF system which will automatically send a notice to all counsel of record.

*/s/ Jay Adelstein*
Jay Adelstein