**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

| | |
|---|---|
| **United States of America,**<br>**Plaintiff,**<br><br>**Jacksonville Brotherhood of Fire Fighters,**<br>**Jacksonville Branch of NAACP, et al.,**<br>**Plaintiff Intervenors,**<br><br>**v.**<br><br>**Consolidated City of Jacksonville,**<br>**Jacksonville Association of Fire Fighters,**<br>**Local 122, IAFF,**<br>**Defendants.** | **Case No. 3:12-cv-451-J-32MCR** |
| **Rufus Smith, et al.,**<br>**Plaintiffs,**<br><br>**v.**<br><br>**Consolidated City of Jacksonville,**<br>**Jacksonville Association of Fire Fighters,**<br>**Local 122, IAFF,**<br>**Defendants.** | **Case No. 3:11-cv-345-J-32MCR** |
| **Equal Employment Opportunity Commission,**<br>**Plaintiff,**<br><br>**v.**<br><br>**Jacksonville Association of Fire Fighters,**<br>**Local 122, IAFF,**<br>**Defendant.** | **Case No. 3:12-cv-491-J-32MCR** |

**ORDER GRANTING JOINT MOTION FOR PROVISIONAL ENTRY OF THE CONSENT DECREE AND SCHEDULING OF FAIRNESS HEARING ON THE TERMS OF THE CONSENT DECREE**

Upon consideration of the Parties' Joint Motion for Provisional Entry of the Consent Decree and Scheduling of Fairness Hearing on the Terms of the Consent Decree (Doc. 369[1]) ("Joint Motion"), and the proposed Consent Decree (Ex. 1 to Doc. 369) submitted with the Joint Motion,

It is hereby **ORDERED** that the Joint Motion (Doc. 369) is **GRANTED**.  Based on the undersigned's preliminary review (but subject to final decision based on consideration of any objections), it appears that the terms of the proposed Consent Decree are fair, adequate, reasonable, and consistent with federal law.  Therefore, the Consent Decree (Ex. 1 to Doc. 369) is **PROVISIONALLY APPROVED AND ENTERED**.[2]

It is **FURTHER ORDERED** that a **Fairness Hearing** on the Terms of the Consent Decree is set for **2:00 p.m. on Wednesday, December 19, 2018**, before the undersigned in Courtroom 10D at the United States Courthouse, 300 North Hogan Street, Jacksonville, Florida.[3]  The following deadlines, associated with the Fairness Hearing, are further set by the Court:

---

[1] Docket numbers herein refer to the docket in Case No. 3:12-cv-451-J-32MCR.

[2] Because the parties have requested a period of at least 100 days between the entry of this Order and the fairness hearing to carry out the notice provisions and objection process, the Court will administratively close these files, to be reopened at or before the hearing.

[3] All persons entering the United States Courthouse must present photo identification to Court Security Officers.  Although cell phones, laptop computers, and similar electronic devices are not permitted in the building, attorneys may bring those items with them upon presentation to Court Security Officers of proof of membership in The Florida Bar or an Order of special admission pro hac vice.

**September 20, 2018**: Deadline for City, pursuant to paragraph 21 of the Consent Decree, to provide to the United States the last known email address and mailing address for each potential Claimant identified by Plaintiffs pursuant to Paragraph 19.

**October 5, 2018**: Deadline for United States, pursuant to paragraph 22 of the Consent Decree, to send a letter informing each Claimant of the settlement (Appendix 1, Part 1 of Consent Decree), a copy of a Notice of Settlement and Fairness Hearing (Appendix 1, Part 2 of Consent Decree), Instructions for Filing an Objection Prior to the Fairness Hearing and a blank Objection to the Entry of the Consent Decree Form (Appendix 1, Part 3) (collectively, "Notice Documents") in the formats set forth in Appendix 1 to the Consent Decree via e-mail to the last known e-mail address and via first-class U.S. mail to the last known mailing address of each potential Claimant. The Notice Documents will include instructions on how Claimants may access the Consent Decree through the City's website. At the same time, the United States shall also send a copy of an Interest-in-Relief Form (Appendix 1, Part 4) to the last known e-mail address and via first-class U.S. mail to the last known mailing address of each potential Claimant.

**October 5, 2018**: Deadline for the City, pursuant to Paragraph 24 of the Consent Decree, to publish the United States' Notice Documents described in Paragraph 22 in the format set forth in Appendix 2 of the Consent Decree, to each sworn employee of the JFRD, through the City's Target Solutions system.

**October 5, 2018**: Deadline for the City, pursuant to Paragraph 25 of the Consent Decree, to publish on its website and on the JFRD's website a publicly accessible link from which the Notice

Documents in the format set forth in Appendix 2 and the Consent Decree can be accessed. This publicly-accessible link and notice shall be published and remain on the websites until the date of the Fairness Hearing on Individual Relief.

**November 9, 2018**: Deadline for objections, pursuant to Paragraph 28 of the Consent Decree. Objections submitted via mail must be postmarked no later than November 9, 2018. Objections submitted via e-mail must be transmitted electronically no later than November 9, 2018. Any person who fails to submit a timely objection shall be deemed to have waived any right to object to the terms of the Consent Decree, unless there is good cause, as determined by the Court, for the failure. Within four (4) days of receipt of each timely or untimely objection, the United States will forward a copy of such objection to all Parties.

**November 9, 2018**: Deadline for interest in relief forms, pursuant to Paragraph 30 of the Consent Decree. Claimants must submit an interest in relief form by first class U.S. mail or by email no later than November 9, 2018. Any person who fails to submit a timely interest-in-relief form shall be deemed to have waived any claim to relief under the Consent Decree, unless there is good cause, as determined by the United States, for the failure.

**December 12, 2018**: Deadline for United States, pursuant to Paragraph 29 of the Consent Decree, to file with the Court copies of all objections received, and the Parties shall file their responses, if any, to timely objections. Any personally identifiable information other than name (*i.e.*, objector's address and telephone number) shall be redacted.

Done and Ordered at Jacksonville, Florida, this 22nd day of August, 2018.

TIMOTHY J. CORRIGAN
United States District Judge

s.
Copies to:
Counsel of record