UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

FILED
2018 NOV -1 PM 2:39
CLERK, US DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DISTRICT

| | |
|---|---|
| UNITED STATES OF AMERICA, *et al.*, | ) |
| Plaintiffs, | ) No. 3:12-cv-451-J-32MCR |
| v. | ) No. 3:11-cv-345-J-32MCR |
| | ) No. 3:12-cv-491-J-32TEM |
| CONSOLIDATED CITY OF JACKSONVILLE, *et al.*, | ) |
| Defendants. | ) |

### OBJECTION TO THE ENTRY OF THE CONSENT DECREE

I am objecting to the terms of settlement of this case included in the Consent Decree agreed to by the United States of America, the EEOC, National Association for the Advancement of Colored People, Jacksonville Branch, Jacksonville Brotherhood of Firefighters, private plaintiffs, the Consolidated City of Jacksonville and the Jacksonville Association of Fire Fighters, Local 122.

Name: DR. HARRY KEMP    Attorney's name (if any): —

Address: 1631 West 27th Street, Jacksonville, FL 32209    Attorney's address: —

Email address: Sleepy0@comcast.net

Telephone: 904 343-4842    Attorney's Telephone: —

Signature: DR. Harry Kemp, AFA, EMT    Date: 10/19/2018

Basis of my objection:

Please See Attached

Are you requesting the opportunity for you (or your attorney if you have one) to state your objection in person at the Fairness Hearing? [ ] Yes [X] No

YOU MAY USE ADDITIONAL PAGES TO EXPLAIN THE BASIS OF YOUR OBJECTION IF NECESSARY. **YOU MUST SEND YOUR OBJECTION TO THE DEPARTMENT OF JUSTICE AT THE ADDRESS PROVIDED IN THE INSTRUCTIONS. YOUR OBJECTION MUST BE POSTMARKED BY NOVEMBER 9, 2018, IF MAILED, AND TRANSMITTED BY NOVEMBER 9, 2018, IF SUBMITTED BY EMAIL.**

I am writing this objection letter in hopes of being reinstated as a Smith Plaintiff in the discrimination case against the City of Jacksonville and Local Union 122. Years ago I decided to include myself as a plaintiff in the Smith lawsuit. As a Fire Rescue Officer, I believed adding my name strengthened the lawsuit case and was the right decision. Also, I consented and gave a deposition to the department of justice while I worked downtown at headquarters. I gave this deposition knowing the possible risk of retaliation from the department and administration.

Several months after the federal court hearing's in 2016, I began to receive emails and harassing phone calls from Bruce Elfvin and his office. The communication was saying either pay your retainer fee or take your name off the plaintiff's list. In addition to being a fire rescue officer, I was appointed by the Alvin Brown administration as a data analyst for the department. I sat in the summer hearing's at the federal courthouse every day. I knew we as plaintiff's stood a good chance of winning this case once the judge allowed the simple regression data analysis model as evidence in this case. There was no way I would voluntarily remove my name as a Smith Plaintiff.

I was repeatedly harassed and asked my name as a Smith Plaintiff by Bruce Elfvin and his office. I would have never removed my name as a Smith Plaintiff voluntarily. Also, I knew I was not the only Smith Plaintiff that had not paid a retainer fee at that time.

I request my name be re-added or re-instated as a Smith Plaintiff. I took on more risk than the average plaintiff in this case. For example, I added my name to the plaintiff list, which was an added risk of being retaliated against by JFRD and the union. Also, I assumed the extra risk of retaliation from city officials and the department by providing a sworn deposition to the Department of Justice related to the lawsuit.

Best regards,

Dr. Harry Kemp, AFA, EMT

Dr. Harry Kemp, AFA, EMT
10/19/2018