**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

| | | |
|---|---|---|
| **United States of America,** | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **Jacksonville Brotherhood of Fire Fighters,** | ) | **Case No. 3:12-cv-451-J-32MCR** |
| **Jacksonville Branch of NAACP, et al.,** | ) | |
| **Plaintiff Intervenors,** | ) | |
| | ) | |
| **v.** | ) | |
| | ) | |
| **Consolidated City of Jacksonville,** | ) | |
| **Jacksonville Association of Fire Fighters,** | ) | |
| **Local 122, IAFF,** | ) | |
| **Defendants.** | ) | |
| _____ | ) | |
| | | |
| **Rufus Smith, et al.,** | ) | |
| **Plaintiffs,** | ) | **Case No. 3:11-cv-345-J-32MCR** |
| | ) | |
| **v.** | ) | |
| | ) | |
| **Consolidated City of Jacksonville,** | ) | |
| **Jacksonville Association of Fire Fighters,** | ) | |
| **Local 122, IAFF,** | ) | |
| **Defendants.** | ) | |
| _____ | ) | |
| | | |
| **Equal Employment Opportunity** | ) | |
| **Commission,** | ) | |
| **Plaintiff,** | ) | **Case No. 3:12-cv-491-J-32MCR** |
| | ) | |
| **v.** | ) | |
| | ) | |
| **Jacksonville Association of Fire Fighters,** | ) | |
| **Local 122, IAFF,** | ) | |
| **Defendant.** | ) | |
| _____ | ) | |

## UNOPPOSED MOTION FOR A STAY OF DEADLINE
## IN LIGHT OF LAPSE OF APPROPRIATIONS

The United States of America hereby moves for a stay of the January 4, 2019 deadline for filing papers requested by the Court during the December 19, 2018 Fairness Hearing on the Terms of the Decree, including, among other materials, a proposed Order approving and entering the Consent Decree as final in the above-captioned cases, and a copy of the presentation used by Plaintiff's counsel during the fairness hearing.

1.      At the end of the day on December 21, 2018, the appropriations act that had been funding the Department of Justice expired and appropriations to the Department lapsed.  The same is true for several other executive agencies.  The Department does not know when funding will be restored by Congress.

2.      Absent an appropriation, Department of Justice attorneys and employees of the several other executive agencies are prohibited from working, even on a voluntary basis, except in very limited circumstances, including "emergencies involving the safety of human life or the protection of property."  31 U.S.C. § 1342.

3.      Undersigned counsel for the Department of Justice therefore requests a stay of the January 4, 2019 deadline for filing papers requested by the Court during the December 19, 2018 Fairness Hearing on the Terms of the Decree until Congress has restored appropriations to the Department.

4.      If this motion for a stay is granted by the Court, undersigned counsel will notify the Court as soon as Congress has appropriated funds for the Department.  The papers requested by the Court at the December 19, 2018 Fairness Hearing on the Terms of the Consent Decree can be filed with the Court within three (3) business days of the restoration of appropriations.

5.      Counsel for all Parties have authorized counsel for the Government to state that the Parties have no objection to this motion.

Therefore, although we greatly regret any disruption caused to the Court and the other Parties, the Government hereby moves for a stay of stay of the January 4, 2019 deadline for filing papers requested by the Court during the December 19, 2018 Fairness Hearing on the Terms of the Decree until Department of Justice attorneys are permitted to resume their usual civil litigation functions.

Date:  December 31, 2018                    Respectfully submitted,

                                            */S Hector F. Ruiz, Jr.*
                                            Hector F. Ruiz, Jr. (TX Bar. No. 24029814)
                                            hector.ruiz@usdoj.gov
                                            Brian G. McEntire (VA Bar 48552)
                                            brian.mcentire@usdoj.gov
                                            Jeremy Monteiro (DC Bar No. 977628)
                                            jeremy.monteiro@usdoj.gov
                                            U.S. Department of Justice, Civil Rights Division
                                            Employment Litigation Section
                                            950 Pennsylvania Avenue, NW
                                            Patrick Henry Building, Room 4026
                                            Washington, DC 20530
                                            Telephone: (202) 514-9694
                                            Facsimile: (202) 514-1005

### CERTIFICATE OF CONFERENCE

Pursuant to M.D. Fla. L.R. 3.01(g), I hereby certify that counsel for the United States conferred with counsel for all Parties on December 31, 2018 about the relief sought by this Motion.  No party opposes the relief requested herein.

                                            */S Hector F. Ruiz, Jr.*
                                                 Hector F. Ruiz, Jr.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 31st day of December 2018, I filed the foregoing with the Clerk of the Court by using the CM/ECF system which will automatically send a notice to all counsel of record.

*/S Hector F. Ruiz Jr.*
Hector F. Ruiz Jr.