## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## JACKSONVILLE DIVISION

| | | |
|---|---|---|
| **United States of America,** | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **Jacksonville Brotherhood of Fire Fighters,** | ) | **Case No. 3:12-cv-451-J-32MCR** |
| **Jacksonville Branch of NAACP, et al.,** | ) | |
| **Plaintiff Intervenors,** | ) | |
| | ) | |
| **v.** | ) | |
| | ) | |
| **Consolidated City of Jacksonville,** | ) | |
| **Jacksonville Association of Fire Fighters,** | ) | |
| **Local 122, IAFF,** | ) | |
| **Defendants.** | ) | |
| ———————————————— | ) | |

| | | |
|---|---|---|
| **Rufus Smith, et al.,** | ) | |
| **Plaintiffs,** | ) | **Case No. 3:11-cv-345-J-32MCR** |
| | ) | |
| **v.** | ) | |
| | ) | |
| **Consolidated City of Jacksonville,** | ) | |
| **Jacksonville Association of Fire Fighters,** | ) | |
| **Local 122, IAFF,** | ) | |
| **Defendants.** | ) | |
| ———————————————— | ) | |

| | | |
|---|---|---|
| **Equal Employment Opportunity** | ) | |
| **Commission,** | ) | |
| **Plaintiff,** | ) | **Case No. 3:12-cv-491-J-32MCR** |
| | ) | |
| **v.** | ) | |
| | ) | |
| **Jacksonville Association of Fire Fighters,** | ) | |
| **Local 122, IAFF,** | ) | |
| **Defendant.** | ) | |
| ———————————————— | ) | |

## UNITED STATES' NOTICE OF DISBURSEMENT OF FUNDS BY QUALIFIED SETTLEMENT FUND AND MOTION TO DISCHARGE JND LEGAL ADMINISTRATION AS QSF ADMINISTRATOR

Plaintiff United States moves the Court for an Order discharging JND Legal Administration ("JND") as Administrator of the Qualified Settlement Fund in this case. In support of this motion, the United States submits the following:

1. On July, 26, 2018, the United States filed its Motion to Approve Use of a Qualified Settlement Fund and to Appoint JND Legal Administration as Administrator. *See* Doc. 370. In connection with the United States' motion, JND executed an Acceptance of Appointment as Administrator and submitted itself to this Court's jurisdiction with respect to administration of the Qualified Settlement Fund ("QSF"). *See* Doc 370-1. The United States' motion specifies that upon final distribution of funds received by the QSF, the administrator will be discharged from further responsibility with respect to the QSF. *See* Doc. 370 at ¶ 7.

2. The Court approved the United States' Motion to Approve Use of a Qualified Settlement Fund and to Appoint JND Legal Administration as Administrator on February 2, 2019. Doc. 394.

3. Under the Decree, as administrator, JND was responsible for distributing the Monetary Relief approved by the Court to Claimants in the Pension Non-Adjustment Group. *See* Doc. 393 ¶ 61. Checks were timely mailed by JND to Claimants in the Pension Non-Adjustment Group on October 17, 2019. *See* Exhibit 1.

4. On May 7, 2020, JND informed the United States that all checks to Claimants in the Pension Non-Adjustment Group were cashed, and that only a few cents remain in the fund, which will be applied to the administrative costs associated with the fund. *See Id.*

5. The Decree includes no other future responsibilities for JND or the QSF.

Based on the above, the United States respectfully requests that JND be discharged as Administrator of the Qualified Settlement Fund in this case.

Date:  June 5, 2020                                    Respectfully submitted,

/S Hector F. Ruiz, Jr.
Hector F. Ruiz, Jr. (TX Bar. No. 24029814)
hector.ruiz@usdoj.gov
Brian G. McEntire (VA Bar 48552)
brian.mcentire@usdoj.gov
Jeremy Monteiro (DC Bar No. 977628)
jeremy.monteiro@usdoj.gov
U.S. Department of Justice, Civil Rights Division
Employment Litigation Section
950 Pennsylvania Avenue, NW
Patrick Henry Building, Room 4026
Washington, DC 20530
Telephone: (202) 514-9694
Facsimile: (202) 514-1005

## CERTIFICATE OF CONFERENCE

Pursuant to M.D. Fla. L.R. 3.01(g), I hereby certify that counsel for the United States conferred by email with counsel for all Parties about the relief sought by this Motion.  No party opposes the relief requested herein.

/s/ Hector F. Ruiz, Jr.
Hector F. Ruiz, Jr.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on June 5, 2020, I filed the foregoing with the Clerk of the Court by using the CM/ECF system which will automatically send a notice to all counsel of record.

/s/ Hector F. Ruiz, Jr.
Hector F. Ruiz, Jr.