# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# JACKSONVILLE DIVISION

| | | |
|---|---|---|
| United States of America, | ) | |
|     Plaintiff, | ) | |
| | ) | |
| Jacksonville Brotherhood of Fire Fighters, | ) | Case No. 3:12-cv-451-J-32MCR |
| | ) | |
| Jacksonville Branch of NAACP, et al., | ) | |
|     Plaintiff Intervenors, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| Consolidated City of Jacksonville, | ) | |
| Jacksonville Association of Fire Fighters, | ) | |
| Local 122, IAFF, | ) | |
|     Defendants. | ) | |
| _____ | ) | |
| Rufus Smith, et al., | ) | |
|     Plaintiffs, | ) | Case No. 3:11-cv-345-J-32MCR |
| | ) | |
| v. | ) | |
| | ) | |
| Consolidated City of Jacksonville, | ) | |
| Jacksonville Association of Fire Fighters, | ) | |
| Local 122, IAFF, | ) | |
|     Defendants. | ) | |
| _____ | ) | |
| Equal Employment Opportunity | ) | |
| Commission, | ) | |
|     Plaintiff, | ) | Case No. 3:12-cv-491-J-32MCR |
| | ) | |
| v. | ) | |
| | ) | |
| Jacksonville Association of Fire Fighters, | ) | |
| Local 122, IAFF, | ) | |
|     Defendant. | ) | |
| _____ | ) | |

## UNITED STATES' UNOPPOSED MOTION FOR LEAVE TO WITHDRAW THE APPEARANCE OF JEREMY MONTEIRO

Plaintiff United States of America ("United States") pursuant to Rule 2.02(c) of the Local Rules of the United States District Court for the Middle District of Florida, moves this court for leave to withdraw the appearance of Jeremy Monteiro as attorney for United States in the above captioned-actions, and states:

1. Jeremy Monteiro is leaving the Department of Justice on May 23, 2025.

2. Undersigned counsel certifies that, in satisfaction of Local Rule 2.02(c)(1), the United States (client) consents to the withdrawal of Jeremy Monteiro as counsel for the United States.

3. Counsel of record will continue to represent the United States.

4. Undersigned counsel certifies that Plaintiffs' and Defendants' counsel were conferred with in good faith pursuant to Local Rule 3.01(g). There are no objections to the relief sought by this motion.

5. Granting the requested relief will not prejudice any party, and is in the interest of fairness and judicial economy.

Date: May 20, 2025                    Respectfully Submitted,

/s Jeremy P. Monteiro
Jeremy P. Monteiro
(DC Bar. No. 977658)
Jeremy.monteiro@usdoj.gov
U.S. Department of Justice
Civil Rights Division
Employment Litigation Section
150 M Street, NE
4CON, Room 9.1802
Washington, DC 20530
Telephone: (202) 598-5163
Facsimile: (202) 514-1005

For the United States of America

## CERTIFICATE OF CONFERENCE

Pursuant to Local Rule 3.01(g), I hereby certify that counsel for the United States has conferred with counsel for the all the parties in the above-captioned actions. There were no objections to the relief requested in this motion.

## CERTIFICATE OF SERVICE

I hereby certify that on May 20, 2025, I filed the foregoing with the Clerk of the Court by using the CM/ECF system which will automatically send a notice to all counsel of record.

*Jeremy P. Monteiro*
Jeremy P. Monteiro (DC Bar 977658)
Attorney for Plaintiff United States